UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re Search Warrant for | : | Magistrate No.: |
| | : | |
| 2005 FORD | : | |
| VIN# 1FDWE35SX5HA52215 | : | |
| | : | |
| | : | FILED UNDER SEAL |

MOTION TO SEAL APPLICATION AND AFFIDAVIT IN SUPPORT OF
SEARCH WARRANT, AND MEMORANDUM IN SUPPORT THEREOF

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court for an Order directing that the application and affidavit in support of a Search Warrant for 2005 FORD, VIN# 1FDWE35SX5HA52215 be placed under seal until further order of the Court. In support of its motion, the government states as follows:

1. This warrant is being executed as part of an on-going criminal and grand jury investigation.

2. Premature public notice of this search warrant and supporting affidavit would compromise an on-going criminal investigation by: (a) causing prospective witnesses to be deterred from testifying or less likely to provide truthful testimony to the grand jury; (b) causing potential witnesses and targets to destroy documentary evidence which may be subpoenaed by the grand jury; and (c) causing potential targets to flee the jurisdictional boundaries of the United States. These factors are particularly important in this investigation, because various witnesses are believed to have relevant information and may control relevant documents which may not be available from other third party sources.

3. Accordingly, the government submits that under Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991), these facts present an extraordinary situation and a compelling governmental interest which justify the sealing of the warrant and the supporting affidavit in this case, this motion and all other pleadings and filings made in connection with this warrant until: (a) the fact and particulars of investigation must be disclosed, pursuant to the government's legal obligations, to counsel for other individuals who may be arrested in the future or (b) the government represents that the items covered by this motion can be made public without substantial risk to the safety of the source of information or the agents involved.

WHEREFORE, for all the foregoing reasons, the government respectfully requests that the application and affidavit in support of the search warrant be placed under seal.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By: _____
VIRGINIA CHEATHAM
Assistant United States Attorney
D.C. Bar No. 411980
Fraud/Public Corruption Section
555 4th Street, N.W., 5th Floor
Washington, D.C. 20530
(202) 514-9732

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re Search Warrant for | : | Magistrate No.: |
| | : | |
| 2005 FORD | : | |
| VIN# 1FDWE35SX5HA52215 | : | |
| | : | |
| | : | FILED UNDER SEAL |

### ORDER

Based on the representations in the United States' Motion To Seal Application and Affidavit in support of a Search Warrant, this Court makes the following:

FINDINGS OF FACT

1.    The government is investigating possible violations of health care fraud, and is seeking to execute search warrants to obtain additional evidence.

2.    Neither the target(s) nor the general public is aware of these requested search warrants.

3.    The public docketing at this time of the search warrant, application, or affidavit may cause target(s) to conceal evidence or proceeds of the crime.

4.    Based on the representations in the United States' Motion To Seal Application and Affidavit in Support of the Search Warrant and this Court's above Findings of Fact, this Court also **FINDS** that there is a compelling governmental interest in sealing the indictment at this time.[1]

Based on the above Findings of Fact, it is this 24th day of July 2007, hereby

**ORDERED** that this Order, the attached Motion To Seal Application and Affidavit in

---

[1]    See Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991).

support of the Search Warrant, Search Warrant, Application, Affidavit, and this Order shall be filed under seal in the Criminal Clerk's office until further order of the Court.

It is:

**FURTHER ORDERED** that the Criminal Clerk's office shall not make any entry on the public docket in this case of the filing of the Motion To Seal and the Order granting such motion, application and search warrant, and affidavit in support of the search warrant, until further order of this Court.

_____
UNITED STATES MAGISTRATE JUDGE

copy to:

Virginia Cheatham
United States Attorney's Office
District of Columbia
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530