# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In re Search Warrant for      :     Magistrate No.:   **07-378-M-01**

           :

**2005 FORD**             :

**VIN#**              :

           :

           :     **FILED UNDER SEAL**

**FILED**

JUL 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Based on the representations in the United States' Motion To Seal Application and Affidavit in support of a Search Warrant, this Court makes the following:

### FINDINGS OF FACT

1.     The government is investigating possible violations of health care fraud, and is seeking to execute search warrants to obtain additional evidence.

2.     Neither the target(s) nor the general public is aware of these requested search warrants.

3.     The public docketing at this time of the search warrant, application, or affidavit may cause target(s) to conceal evidence or proceeds of the crime.

4.     Based on the representations in the United States' Motion To Seal Application and Affidavit in Support of the Search Warrant and this Court's above Findings of Fact, this Court also **FINDS** that there is a compelling governmental interest in sealing the indictment at this time.[1]

Based on the above Findings of Fact, it is this 24th day of July 2007, hereby

**ORDERED** that this Order, the attached Motion To Seal Application and Affidavit in

---

[1]    See Post v. Robinson, 935 F.2d 282, 289 n.10 (D.C. Cir. 1991).

support of the Search Warrant, Search Warrant, Application, Affidavit, and this Order shall be filed under seal in the Criminal Clerk's office until further order of the Court.

It is:

**FURTHER ORDERED** that the Criminal Clerk's office shall not make any entry on the public docket in this case of the filing of the Motion To Seal and the Order granting such motion, application and search warrant, and affidavit in support of the search warrant, until further order of this Court.

UNITED STATES MAGISTRATE JUDGE

DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE

copy to:

Virginia Cheatham
United States Attorney's Office
District of Columbia
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530