AO93(Rev.5/85)Search Warrant

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**UNDER SEAL**

**2005 FORD**
**VIN#**

**SEARCH WARRANT**

CASE NUMBER 07-378-M-01

TO: __E. Troy Yeager__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Special Agent E. Troy Yeager__ who has reason to believe that ☐ on the person or ☒ on the premises known as (name, description and or location)

2005 FORD, VIN#                  . (as further described in "Attachment A" incorporated fully herein by reference)

in the District of Columbia, there is now concealed a certain person or property, namely (describe the person or property)

**SEE ATTACHMENT B.**

I am satisfied that the affidavits(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before ___August 3, 2007___
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ (in the daytime - 6:00 A.M. to 10:00 P.M.) ☐ (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to the undersigned U.S. Judge/U.S. Magistrate Judge, as required by law.

JUL 24 2007                    at Washington, D.C.

Date and Time Issued  DEBORAH A. ROBINSON
                       U.S. MAGISTRATE JUDGE

Name and Title of Judicial Officer            Signature of Judicial Officer

AO 109 (2/90) Seizure Warrant

| RETURN |||
|---|---|---|
| DATE WARRANT RECEIVED<br>7/24/2007 | DATE AND TIME WARRANT EXECUTED<br>7/26/2007 | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>GARLAND FRAZIER |
| INVENTORY MADE IN THE PRESENCE OF |||
| INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT<br><br>No items Seized |||

**FILED**

AUG 0 7 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATION

I swear that this inventory is a true and detailed account of the property seized by me on the warrant.

_[signature]_

Subscribed, sworn to, and returned before me this date.

_[signature]_  8-7-07
U.S. Judge or U.S. Magistrate Judge     Date