UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| In re Search Warrant for | : | Magistrate No.: 07-378-M-01 |
| | : | |
| 2005 FORD | : | **FILED** |
| VIN# 1FDWE35SX5HA52215 | : | |
| | : | FILED UNDER SEAL   SEP 0 4 2007 |

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## MOTION TO UNSEAL CASE AND MEMORANDUM IN SUPPORT THEREOF

The United States, by and through its attorney, the United States Attorney for the District of Columbia, hereby moves to unseal the above-captioned case, including the search warrant, list of items to be seized, return, affidavit in support of the search warrant.

In support of its motion, the government states that there is need to provide the search warrant and affidavit to counsel for a target in response to requests for pre-indictment discovery.

The government also states in support of its motion to unseal that there is no longer a need for the sealing.

Therefore, the government respectfully requests that the Court grant the motion to unseal.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

By:  _____
VIRGINIA CHEATHAM
Assistant U.S. Attorney
United States Attorney's Office
District of Columbia
Fraud and Public Corruption Section
555 4th Street, N.W.
Washington, D.C. 20530
(202) 514-9732